IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [9] HOWARD WAYNE BELL | ) | |

**O R D E R**

It is hereby **ORDERED** that the Memorandum prepared by the Probation Office at the court's request (Docket No. 1747) shall be made a part of the record of this case and a copy furnished to the defendant where he is presently housed. Based upon the information in this Memorandum, to the extent that the defendant's letter to the court requests any relief (Docket No. 1748), that request is **DENIED**.

It is so **ORDERED**.

ENTER this 26th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge